In the matter of ADOLPH ABRAMOWITZ, an attorney at law.

Argued March 14, 1949.

For the rule: *Mr. I. Charles Lifland.*
For the respondent: *Mr. Thomas F. Meehan.*

Name of respondent ordered stricken from the roll of attorneys, March 21, 1949.

In the matter of CHRISTOPHER J. HEALY, Recorder of East Newark.

Argued April 4, 1949.

For the rule: *Mr. Everett M. Scherer.*
For the respondent: *Mr. Crawford Jamieson.*

Rule dismissed as moot in view of the announced resignation of respondent as recorder, April 4, 1949.

In the matter of IRVING DINCIN, an attorney at law.

Argued April 18, 1949.

For the rule: *Mr. John W. Griggs.*
.For the respondent: No appearance.

Name of respondent ordered stricken from the roll of attorneys, April 25, 1949.